B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Matthew M Vartabedian ,    Case No. _____
            Debtor

                                          Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50    Check one  ☐ With the filing of the petition, or
                       ☑ On or before  2·24·14

$ 76.50    on or before  March 10, 2014

$ 76.50    on or before  March 24, 2014

$ 76.50    on or before  April 7th, 2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                          BY THE COURT

                                          KENNETH S. GARDNER
                                          Clerk of the U.S. Bankruptcy Court

Date: 2/19/14
                                          _____
                                          *United States Bankruptcy Judge*